IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


**AMERICAN PRESIDENT**
**LINES, LTD., et al.,**

    **Plaintiffs,**

                Civil Action 2:17-cv-400
  v.             Chief Judge Edmund A. Sargus, Jr.
                 Magistrate Judge Jolson

**XPO INTERMODAL, INC.,**

    **Defendant.**


## ORDER

Consistent with this Court May 10, 2017 Order, Plaintiffs have submitted the documents relevant to their Motion for Leave to Seal for *in camera* inspection. The Court has reviewed those documents bearing in mind that Plaintiffs are seeking to seal them consistent with Section 15 of the Amended and Restated Stacktrain Services Agreement. (Doc. 5 at 3). As this Court has observed, however, "[t]he public has a strong interest in obtaining the information contained in the court record." *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, __ F.3d __, No. 15-1544, 2016 WL 3163073, at *3 (6th Cir. June 7, 2016) (quoting *Brown & Williamson Tobacco Corp. v. F.T.C.*, 710 F.2d 1165, 1180 (6th Cir. 1983)). Balancing the parties' agreement against the "'strong presumption in favor of openness' as to court records" *id.* (quoting *Brown & Williamson*, 710 F.2d at 1179), the Court finds that a temporary seal is appropriate.

Here, Plaintiffs filed a redacted version of its Motion to Compel Arbitration prior to being granted permission to do so by this Court. (*See* Doc. 3). Although the Court does not look favorably on that decision, the Court will allow the redacted document to stand in light of this

decision to allow a temporary seal.  However, Plaintiffs' exhibits have not been filed publicly on the Court's docket.  Hence, Plaintiffs are **DIRECTED** to file a public redacted version of the exhibits.  In light of the foregoing, the Motion to Seal (Doc. 5) is **GRANTED** temporarily.  Once defense counsel has entered an appearance in this case, counsel are **DIRECTED** to contact this Court to schedule a status conference concerning the scope and ongoing need for the seal.

    IT IS SO ORDERED.


Date:  May 11, 2017                                                                            /s/ Kimberly A. Jolson
                                                                                              KIMBERLY A. JOLSON
                                                                                              UNITED STATES MAGISTRATE JUDGE